**Order entered October 4, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01137-CV

### IN RE TEMMIE GENE CROW, Relator

**Original Proceeding from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 065451**

## ORDER
Before Justices Lang-Miers, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/     ELIZABETH LANG-MIERS
        JUSTICE